| United States Bankruptcy Court<br>Southern District of West Virginia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Alpha & Omega Coal Company LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):   **26-0116217** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**800 Millers Creek**<br>**Nolan, WV**<br>ZIP CODE   **25661** | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Mingo** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Drawer 887**<br>**Louisa, KY**<br>ZIP CODE   **41230** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (12/11)                                                      FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Alpha & Omega Coal Company LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:   **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>❑   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X**   **Not Applicable**<br>Signature of Attorney for Debtor(s)          Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>❑   Yes, and Exhibit C is attached and made a part of this petition.<br>☑   No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>❑   Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>❑   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>❑   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>❑   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ❑   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>❑   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>❑   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>❑   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1) (4/10)                                                                    **FORM B1, Page 3**

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Alpha & Omega Coal Company LLC** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X __Not Applicable__<br> ___Signature of Debtor___<br><br>X __Not Applicable__<br> ___Signature of Joint Debtor___<br><br> ___Telephone Number (If not represented by attorney)___<br><br> ___Date___ | X __Not Applicable__<br> ___(Signature of Foreign Representative)___<br><br> ___(Printed Name of Foreign Representative)___<br><br> ___Date___ |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X *Steven L. Thomas*<br> ___Signature of Attorney for Debtor(s)___<br><br>**Steven L. Thomas Bar No. 3738**<br> ___Printed Name of Attorney for Debtor(s) / Bar No.___<br><br>**Kay Casto & Chaney PLLC**<br> ___Firm Name___<br><br>**P. O. Box 2031 Charleston, WV 25327-2031**<br> ___Address___<br><br>__304-345-8900__          __304-345-8909__<br> ___Telephone Number___<br><br>*2·6·11*<br> ___Date___<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>__Not Applicable__<br> ___Printed Name and title, if any, of Bankruptcy Petition Preparer___<br><br> ___Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)___<br><br> ___Address___ |

| **Signature of Debtor (Corporation/Partnership)** | X __Not Applicable__ |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *John W. Smith*<br> ___Signature of Authorized Individual___<br><br>**John W. Smith**<br> ___Printed Name of Authorized Individual___<br><br>**Manager**<br> ___Title of Authorized Individual___<br><br>*2·3·11*<br> ___Date___ | ___Date___<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court
## Southern District of West Virginia

In re **Alpha & Omega Coal Company LLC**

Debtor

Case No. _____

Chapter **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $           0.00 | | |
| B - Personal Property | YES | 2 | $           0.00 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $           0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $           0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 16 | | $     1,905,575.80 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 24 | $           0.00 | $     1,905,575.80 | |

B6F (Official Form 6F) (12/07)

In re   **Alpha & Omega Coal Company LLC**                          Case No. _____
                                    Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐     Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> A.L. Lee Corporation <br> PO Box 3463 <br> Charleston, WV 25334 | | | | | | | 10,566.03 |
| ACCOUNT NO. <br><br> Abbott Mine Sales & Service <br> PO Box 1203 <br> Mount Gay, WV 25637 | | | | | | | 2,958.50 |
| ACCOUNT NO. <br><br> AFCO <br> 4501 College Blvd., Ste 320 <br> Leawood, KS 66211-2328 | | | | | | | 28,307.10 |
| ACCOUNT NO. <br><br> American Mine Power <br> PO Box 398 <br> Scarbro, WV 25917 | | | | | | | 2,162.61 |
| ACCOUNT NO. <br><br> American Mine Services <br> PO Box 309 <br> Man, WV 25635 | | | | | | | 4,070.09 |

    15   Continuation sheets attached

                                                        Subtotal  >  $        48,064.33

                                                           Total  >  $

                                              (Use only on last page of the completed Schedule F.)
                                    (Report also on Summary of Schedules and, if applicable on the Statistical
                                              Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __Alpha & Omega Coal Company LLC__ _____   Case No. _____
                                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 25,582.00 |
| Ash Block, Inc. PO Box 11096 Charleston, WV 25339 | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,546.34 |
| B&M Repair Inc PO Box 5378 West Logan, WV 25601 | | | | | | | |
| ACCOUNT NO. | | | | | | | 8,910.88 |
| Belo Mine Supply Inc. PO Box 249 Chattaroy, WV 25667 | | | | | | | |
| ACCOUNT NO. | | | | | | | 6,624.00 |
| BHT LLC PO Box 624 Louisa, KY 41230 | | | | | | | |
| ACCOUNT NO. | | | | | | | 5,000.00 |
| Blizzard Industrial Supply PO BOx 72 Mt. Hope, WV 55880 | | | | | | | |

_15_  Continuation sheets attached

Sheet no. _1_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal > $ 47,663.22

Total > $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Alpha & Omega Coal Company LLC                              Case No. _____
                                    Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Bucyrus America Inc <br> 2045 West Pike Street <br> Houston PA 15342 | | | | | | | 2,657.10 |
| ACCOUNT NO. <br><br> Busy Bee Septic Systems <br> 5258 Zebulon Highway <br> Pikeville, KY 41501 | | | | | | | 185.40 |
| ACCOUNT NO. <br><br> Caterpillar Global Mining America LLC <br> 2045 West Pike Street <br> Houston, PA 15324-1010 | | | | | | | 4,456.74 |
| ACCOUNT NO. <br><br> Caterpillar Global Mining Virginia LLC <br> PO Box 534 <br> Tazwell, VA 24651 | | | | | | | 9,767.05 |
| ACCOUNT NO. <br><br> Cintas <br> PO Box 636525 <br> Cincinnati, OH 45623 | | | | | | | 3,407.74 |

15   Continuation sheets attached

Sheet no. 2 of 15 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

|  | Subtotal > | $ | 20,474.03 |
|---|---|---|---|
|  | Total > | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Alpha & Omega Coal Company LLC_____,     Case No. _____
                          Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Covenant Pump Sales<br>PO Box 103<br>Stollings, WV 25646 | | | | | | | 47,012.30 |
| ACCOUNT NO.<br><br>Damascus Equipment<br>Rt. 1 Box 70 A<br>Delbarton, WV 25670 | | | | | | | 2,383.50 |
| ACCOUNT NO.<br><br>Del-Mar Hydraulic Services<br>PO Box 5239<br>West Logan, WV 25601 | | | | | | | 25,114.00 |
| ACCOUNT NO.<br><br>DSI Underground Systems, Inc.<br>PO Box 0333<br>Litiiz, PA 17543-0333 | | | | | | | 125,498.28 |
| ACCOUNT NO.<br><br>Eastern State Mine Supply<br>Route 17 box 538<br>Madison, WV 25130 | | | | | | | 1,730.00 |

15  Continuation sheets attached

Sheet no.  3  of  15  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $    201,738.08

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Alpha & Omega Coal Company LLC**                              Case No. _____
                                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Erics Trucking Company PO Box 728 Kermit, WV 25674 | | | | | | | 17,720.97 |
| ACCOUNT NO. Fairmont Supply Co. PO Box 643438 Pittsburg, PA 15264 | | | | | | | 2,223.38 |
| ACCOUNT NO. G4S Secure Solutions (USA) Inc PO Box 277469 Atlanta, GA 30384-7469 | | | | | | | 30,897.18 |
| ACCOUNT NO. Global Recovery Solutions PO Box 105795 Atlanta, GA 30348-9864 | | | | | | | 14,479.25 |
| ACCOUNT NO. Goldman Evans & Trammell LLC 10323 Cross Creek Blvd F Tampa, FL 33647 | | | collection for T&N Electric Motor Exchange | | | | 204,082.66 |

_15_  Continuation sheets attached

Sheet no. _4_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $  269,403.44

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __Alpha & Omega Coal Company LLC_____     Case No. _____
                              Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 1,090.88 |
| Hannah Lumber Co., Inc. PO Box 277 Varney, WV 25696 | | | | | | | |
| ACCOUNT NO. | | | | | | | 7,226.12 |
| Hanson Aggregates Inc. 15620 Collections Center Dr. Chicago, IL 60693 | | | | | | | |
| ACCOUNT NO. | | | | | | | 188.10 |
| Hilti Inc. PO Box 382002 Pittsburgh, PA 15250 | | | | | | | |
| ACCOUNT NO. | | | | | | | 5,794.00 |
| Holden Machine and Fabrication PO Box 678 Holden, WV 25625 | | | | | | | |
| ACCOUNT NO. | | | | | | | 2,911.71 |
| Hughes Supply 300 Rural Acres Drive Beckley, WV 25801 | | | | | | | |

_15_  Continuation sheets attached

Sheet no. _5_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▷ | $ | 17,210.81

Total ▷ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  <u>Alpha & Omega Coal Company LLC</u>                          Case No. _____
                          **Debtor**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME,<br>MAILING ADDRESS<br>INCLUDING ZIP CODE,<br>AND ACCOUNT NUMBER<br>*(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS<br>INCURRED AND<br>CONSIDERATION FOR<br>CLAIM.<br>IF CLAIM IS SUBJECT TO<br>SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF<br>CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Internal Revenue Center<br>Cincinnati, OH 45999 | | | | | | | 1,232.04 |
| ACCOUNT NO.<br><br>J.H. Fletcher & Co.<br>PO Box 2187<br>Huntington, WV 25722 | | | | | | | 1,985.72 |
| ACCOUNT NO.<br><br>Joy Technologies Inc.<br>PO Box 504794<br>St. Louis, MO 63150-4794 | | | | | | | 14,303.64 |
| ACCOUNT NO.<br><br>Justice Mine Service<br>PO Box 232<br>Justice, WV 24851 | | | | | | | 6,000.00 |
| ACCOUNT NO.<br><br>K&B Industrial Supply<br>PO Box 7725<br>Huntington, WV 25778 | | | | | | | 15,413.85 |

<u>15</u>  Continuation sheets attached

Sheet no. <u>6</u> of <u>15</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ► $ 38,935.25

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alpha & Omega Coal Company LLC**                      Case No. _____
                              Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Kennedy's Industrial Electronics <br> PO Box 1293 <br> Lebanon, VA  24266 | | | | | | | 34,787.00 |
| ACCOUNT NO. <br><br> Kentucky Department of Revenue <br> Frankfort, KY 40620 | | | | | | | 3,108.96 |
| ACCOUNT NO. <br><br> Kermit Western Auto <br> PO Box 425 <br> Kermit, WV 25674 | | | | | | | 1,307.17 |
| ACCOUNT NO. <br><br> Lee Sartin Trucking Company Inc. <br> PO Box 968 <br> Kermit, WV 25674 | | | | | | | 7,300.00 |
| ACCOUNT NO. <br><br> Logan Hydraulics Co. & Machine Inc. <br> 730 Riverview Ave <br> Logan,, WV 25601 | | | | | | | 2,049.81 |

_15_  Continuation sheets attached

Sheet no. _7_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $    48,552.94

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Alpha & Omega Coal Company LLC                          Case No. _____
                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Logi-Tec, Inc. <br> PO Box 579 <br> Murrysville, PA 15668 | | | | | | | 201.00 |
| ACCOUNT NO. <br><br> Mayo Manufacturing Co., Inc. <br> PO Drawer G <br> Holden, Wv 25625 | | | | | | | 47,166.29 |
| ACCOUNT NO. <br><br> Mid-State Cable & Mine Supply, Inc. <br> PO Box 189 <br> Pecks Mill, WV 25547 | | | | | | | 49,437.04 |
| ACCOUNT NO. <br><br> Mine Lifeline LLC <br> 1432 South Main STreet <br> Chapmanville, WV 25508 | | | | | | | 3,352.50 |
| ACCOUNT NO. <br><br> Mine Weld & Repair <br> 2080 Stephen Street <br> Hugheston, WV 25110 | | | | | | | 9,095.00 |

15   Continuation sheets attached

Sheet no.  8  of  15  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $        109,251.83

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Alpha & Omega Coal Company LLC**                          Case No. _____
                                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Minuteman Press <br> 1015 Sixth Avenue <br> Huntington, WV 25701 | | | | | | | 589.69 |
| ACCOUNT NO. <br><br> Mobile Transport Services, Inc. <br> PO Box 1050 <br> Kermit, WV 25674 | | | | | | | 79,500.00 |
| ACCOUNT NO. <br><br> Mountaineer Investigation & Security <br> PO Box 891 <br> Athens, WV 24712 | | | | | | | 2,962.00 |
| ACCOUNT NO. <br><br> MSHA <br> PO Box 790390 <br> St. Louis, MO 63179-0390 | | | | | | | 60,744.00 |
| ACCOUNT NO. <br><br> National LLC <br> PO Box 255 <br> Glyndon, MD  21071 | | | | | | | 590.95 |

_15_  Continuation sheets attached

Sheet no. _9_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    >    $          144,386.64

Total    >    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Alpha & Omega Coal Company LLC_____     Case No. _____
                                        Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>P&A Engineers and Consultants<br>PO Box 279<br>Louisa, KY 41230 | | | | | | | 5,344.25 |
| ACCOUNT NO.<br><br>Parsely Enterprises, Inc.<br>HC 32 Box 90<br>War, WV 24892 | | | | | | | 75,355.95 |
| ACCOUNT NO.<br><br>Paul's Repair Shop, Inc.<br>PO Box 61<br>Big Rock, VA 24603 | | | | | | | 16,100.00 |
| ACCOUNT NO.<br><br>Pineville Lumber Co., Inc<br>PO Box 277<br>Varney, WV 25696 | | | | | | | 24,709.98 |
| ACCOUNT NO.<br><br>Production Efficiency Corp<br>PO Box 250<br>Ragland, WV 25690 | | | | | | | 15,764.50 |

__15__  Continuation sheets attached

Sheet no. __10__ of __15__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▷  $ 137,274.68

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Alpha & Omega Coal Company LLC                              Case No. _____
                              Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Pyro-Chem Corporation PO Box 884 South Point, OH 45680 | | | | | | | 226.53 |
| ACCOUNT NO. Saber Supply Co PO Box 936 Beckley, WV 25801 | | | | | | | 37,270.00 |
| ACCOUNT NO. SCMRA PO Box 142 Justice, WV 24851 | | | | | | | 5,300.00 |
| ACCOUNT NO. Service Pump & Supply Inc. PO Box 2097 Huntington, WV 25721 | | | | | | | 5,939.40 |
| ACCOUNT NO. Sheriff of Mingo County PO Box 1270 Williamson, WV 25661 | | | | | | | 30,990.26 |

    15   Continuation sheets attached

Sheet no.  11  of  15  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                    Subtotal  >  $         79,726.19

                                                    Total  >  $

                                    (Use only on last page of the completed Schedule F.)
                            (Report also on Summary of Schedules and, if applicable on the Statistical
                                Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __Alpha & Omega Coal Company LLC_____    Case No. _____
                                              Debtor                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Smith Fastener Co, Inc. PO Box 4356 Charlesotn, WV 25364 | | | | | | | 1,030.59 |
| ACCOUNT NO.  Sonny Mobile Home Transporting & Towing PO Box 245 North Matewan, WV 25688 | | | | | | | 19,280.96 |
| ACCOUNT NO.  SouthernWV Community & Technical College PO Box 2900 Mount Gay, WV  25637 | | | | | | | 2,560.00 |
| ACCOUNT NO.  T&N Electronic Motor Exchange, Inc. PO Box 1086 Bluefield, VA 24605 | | | | | | | 209,482.74 |
| ACCOUNT NO.  Three Rivers Packaging, Inc. 301 Smith Drive, Ste 5 Cranberry Township, PA 16066 | | | | | | | 15,624.00 |

_15_  Continuation sheets attached

Sheet no. _12_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $        247,978.29

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   <u>Alpha & Omega Coal Company LLC</u>                          Case No. _____
                                    **Debtor**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Tire Centers Inc. 330 MacCorkle Ave SE Charleston, WV 2514 | | | | | | | 59,365.91 |
| ACCOUNT NO. | | | | | | | |
| TMK Security PO Box 240 Delbarton, WV 25670 | | | | | | | 12,005.50 |
| ACCOUNT NO. | | | | | | | |
| Tren Services Inc PO Box 117 Harts, WV 25524 | | | | | | | 34,644.41 |
| ACCOUNT NO. | | | | | | | |
| Tryco Machine & Hydraulics Inc. HC 70 Box 999 Dingess, WV 25671 | | | | | | | 35,788.00 |
| ACCOUNT NO. | | | | | | | |
| Tug Valley Surveying Inc PO Box 862 Williamson, WV 25661 | | | | | | | 18,705.00 |

15   Continuation sheets attached

Sheet no. 13 of 15 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ▸  $      160,508.82

Total  ▸  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alpha & Omega Coal Company LLC**                          Case No. _____
_____
                              Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Unemployment Compensation Division<br>PO Box 106<br>Charleston, WV 25321 | | | | | | | 11,319.75 |
| ACCOUNT NO.<br><br>United Central Supply<br>PO Box 1919<br>Bristol, TN 37621 | | | | | | | 287,413.78 |
| ACCOUNT NO.<br><br>Valley National Gases WV, LLC<br>PO Box 347297<br>Pittsburgh, PA 15251-4297 | | | | | | | 3,100.80 |
| ACCOUNT NO.<br><br>Walker Machinery<br>PO Box 905258<br>Charlotte, NC 28290-5258 | | | | | | | 19,286.28 |
| ACCOUNT NO.<br><br>Waste Management of West Virginia<br>PO Box 9001054<br>Lousville, KY  40290 | | | | | | | 1,283.47 |

_15_  Continuation sheets attached

Sheet no. _14_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

|  |  |
|---|---|
| Subtotal  > | $   322,404.08 |
| Total  > | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alpha & Omega Coal Company LLC**_____     Case No. _____
                                  Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WV Department of Tax & Revenue PO Box 1667 Charleston, WV 25326 | | | | | | | 11,003.17 |
| ACCOUNT NO. | | | | | | | |
| WV Office of Miners HS&T #7 Players Club Drive, Suite 2 Charleston, WV 25311 | | | | | | | 1,000.00 |

    15  Continuation sheets attached

Sheet no. _15_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

|  |  |
|---|---|
| Subtotal  >  $ | 12,003.17 |
| Total  >  $ | 1,905,575.80 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 203
(12/94)

### UNITED STATES BANKRUPTCY COURT
### Southern District of West Virginia

In re:     **Alpha & Omega Coal Company LLC**                                Case No. _____

                                                                            Chapter      7
                        Debtor

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                      $         **$300 p/hr**

    Prior to the filing of this statement I have received            $      **$10,000 Retainer**

    Balance Due                                                      $        _____

2. The source of compensation paid to me was:

    ☑  Debtor                      ☐   Other (specify)

3. The source of compensation to be paid to me is:

    ☑  Debtor                      ☐   Other (specify)

4. ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a)    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b)    Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

    c)    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d)    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e)    [Other provisions as needed]
          **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

      **None**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    _2·15·12_                          _____
                                             Steven L. Thomas, Bar No.  3738

                                             **Kay Casto & Chaney PLLC**
                                             Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

In re:                                          Case No.  _____
Alpha & Omega Coal Company LLC

                                                Chapter   7 _____
        Debtor.


# VERIFICATION OF CREDITOR MATRIX


        The above named debtor(s), and attorney for debtor(s) if applicable, hereby verify(ies) that the attached
mailing matrix of creditors is complete, correct and consistent with the debtor(s)'s schedules to the best of my (our)
knowledge.


Date:  _2.15.12_        Signature of Debtor: _____
                                             John W. Smith

Date:  _2.15.12_        Signature of Attorney for Debtor(s), if any: _____
                                             Steven L. Thomas
                                             Attorney for Debtor(s)
                                             Bar no.:     3738
                                             Kay Casto & Chaney PLLC
                                             P. O. Box 2031
                                             Charleston, WV 25327-2031
                                             Telephone No.:   304-345-8900
                                             Fax No.:    304-345-8909
                                             E-mail address:

A.L. Lee Corporation
PO Box 3463
Charleston, WV 25334


Abbott Mine Sales & Service
PO Box 1203
Mount Gay, WV  25637


AFCO
4501 College Blvd., Ste 320
Leawood, KS  66211-2328


American Mine Power
PO Box 398
Scarbro, WV 25917


American Mine Services
PO Box 309
Man, WV 25635


Ash Block, Inc.
PO Box 11096
Charleston, WV 25339


B&M Repair Inc
PO Box 5378
West Logan, WV 25601


Belo Mine Supply Inc.
PO Box 249
Chattaroy, WV  25667


BHT LLC
PO Box 624
Louisa, KY  41230

Blizzard Industrial Supply
PO BOx 72
Mt. Hope, WV 55880


Bucyrus America Inc
2045 West Pike Street
Houston PA 15342


Busy Bee Septic Systems
5258 Zebulon Highway
Pikeville, KY 41501


Caterpillar Global Mining America L
2045 West Pike Street
Houston, PA 15324-1010


Caterpillar Global Mining Virginia
PO Box 534
Tazwell, VA 24651


Cintas
PO Box 636525
Cincinnati, OH 45623


Covenant Pump Sales
PO Box 103
Stollings, WV 25646


Damascus Equipment
 Rt. 1 Box 70 A
Delbarton, WV 25670


Del-Mar Hydraulic Services
PO Box 5239
West Logan, WV 25601

DSI Underground Systems, Inc.
PO Box 0333
Litiiz, PA 17543-0333


Eastern State Mine Supply
Route 17 box 538
Madison, WV 25130


Erics Trucking Company
PO Box 728
Kermit, WV 25674


Fairmont Supply Co.
PO Box 643438
Pittsburg, PA 15264


G4S Secure Solutions (USA) Inc
PO Box 277469
Atlanta, GA 30384-7469


Global Recovery Solutions
PO Box 105795
Atlanta, GA 30348-9864


Goldman Evans & Trammell LLC
10323 Cross Creek Blvd F
Tampa, FL  33647


Hannah Lumber Co., Inc.
PO Box 277
Varney, WV 25696


Hanson Aggregates Inc.
15620 Collections Center Dr.
Chicago, IL 60693

Hilti Inc.
PO Box 382002
Pittsburgh, PA 15250


Holden Machine and Fabrication
PO Box 678
Holden, WV 25625


Hughes Supply
300 Rural Acres Drive
Beckley, WV 25801


Internal Revenue Center
Cincinnati, OH 45999


J.H. Fletcher & Co.
PO Box 2187
Huntington, WV 25722


Joy Technologies Inc.
PO Box 504794
St. Louis, MO 63150-4794


Justice Mine Service
PO Box 232
Justice, WV 24851


K&B Industrial Supply
PO Box 7725
Huntington, WV 25778


Kennedy's Industrial Electronics
PO Box 1293
Lebanon, VA  24266

Kentucky Department of Revenue
Frankfort, KY 40620


Kermit Western Auto
PO Box 425
Kermit, WV 25674


Lee Sartin Trucking Company Inc.
PO Box 968
Kermit, WV 25674


Logan Hydraulics Co. & Machine Inc.
730 Riverview Ave
Logan,, WV 25601


Logi-Tec, Inc.
PO Box 579
Murrysville, PA 15668


Mayo Manufacturing Co., Inc.
PO Drawer G
Holden, Wv 25625


Mid-State Cable & Mine Supply, Inc.
PO Box 189
Pecks Mill, WV 25547


Mine Lifeline LLC
1432 South Main STreet
Chapmanville, WV 25508


Mine Weld & Repair
2080 Stephen Street
Hugheston, WV 25110

Minuteman Press
1015 Sixth Avenue
Huntington, WV 25701


Mobile Transport Services, Inc.
PO Box 1050
Kermit, WV 25674


Mountaineer Investigation & Securit
PO Box 891
Athens, WV 24712


MSHA
PO Box 790390
St. Louis, MO 63179-0390


National LLC
PO Box 255
Glyndon, MD  21071


P&A Engineers and Consultants
PO Box 279
Louisa, KY 41230


Parsely Enterprises, Inc.
HC 32 Box 90
War, WV  24892


Paul's Repair Shop, Inc.
PO Box 61
Big Rock, VA  24603


Pineville Lumber Co., Inc
PO Box 277
Varney, WV 25696

Production Efficiency Corp
PO Box 250
Ragland, WV 25690


Pyro-Chem Corporation
PO Box 884
South Point, OH 45680


Saber Supply Co
PO Box 936
Beckley, WV 25801


SCMRA
PO Box 142
Justice, WV 24851


Service Pump & Supply Inc.
PO Box 2097
Huntington, WV 25721


Sheriff of Mingo County
PO Box 1270
Williamson, WV 25661


Smith Fastener Co, Inc.
PO Box 4356
Charlesotn, WV 25364


Sonny Mobile Home Transporting & To
PO Box 245
North Matewan, WV 25688


SouthernWV Community & Technical Co
PO Box 2900
Mount Gay, WV  25637

T&N Electronic Motor Exchange, Inc.
PO Box 1086
Bluefield, VA 24605


Three Rivers Packaging, Inc.
301 Smith Drive, Ste 5
Cranberry Township, PA 16066


Tire Centers Inc.
330 MacCorkle Ave SE
Charleston, WV 2514


TMK Security
PO Box 240
Delbarton, WV 25670


Tren Services Inc
PO Box 117
Harts, WV 25524


Tryco Machine & Hydraulics Inc.
HC 70 Box 999
Dingess, WV 25671


Tug Valley Surveying Inc
PO Box 862
Williamson, WV 25661


Unemployment Compensation Division
PO Box 106
Charleston, WV 25321


United Central Supply
PO Box 1919
Bristol, TN 37621

Valley National Gases WV, LLC
PO Box 347297
Pittsburgh, PA 15251-4297


Walker Machinery
PO Box 905258
Charlotte, NC 28290-5258


Waste Management of West Virginia
PO Box 9001054
Lousville, KY  40290


WV Department of Tax & Revenue
PO Box 1667
Charleton, WV 25326


WV Office of Miners HS&T
#7 Players Club Drive, Suite 2
Charleston, WV 25311