Form ntcmissdocs

# UNITED STATES BANKRUPTCY COURT
## Southern District of West Virginia

In Re: Alpha & Omega Coal Company LLC
       Debtor(s)

Case No.: 2:12–bk–20082
Chapter: 7
Judge: Ronald G. Pearson

## NOTICE OF MISSING DOCUMENTS

To the Debtor(s) and his attorney, if any:

In order for this case to be administered, the documents listed below must be filed by the dates(s) indicated:

**Schedule B due 02/29/2012**
**Schedule D due 02/29/2012**
**Schedule A due 02/29/2012**
**Schedule E due 02/29/2012**
**Declaration Re: Schedules due 02/29/2012**
**Schedule G due 02/29/2012**
**Schedule H due 02/29/2012**
**Stmt. of Fin. Affairs due 02/29/2012**

The documents(s) checked below were not filed with the bankruptcy petition and must be filed immediately:

- ☐ Creditor Mailing Matrix with Names and Addresses of All Creditors
- ☐ Verification of Creditor Mailing Matrix
- ☐ Exhibit D – Individual Debtor's Statement of Compliance with Credit Counseling Requirement
- ☐ Statement of Social Security Number
- ☐ List of Creditors Holding the 20 Largest Unsecured Claims
- ☐ Other:
- ☑ Corporate Ownership Statement
- ☐ Corporate Resolution
- ☐ Small Business Financial Statements
- ☐ Notice to Debtor by Bankruptcy Petition Preparer
- ☐ Statement of Compensation Paid or to be Paid to a Bankruptcy Petition Preparer

∗ Individual Debtors: If you have not yet filed pay stubs and have determined you are not required by law to file such documents, you must file the Statement Under Penalty Of Perjury Concerning Payment Advices (form attached). The Chapter 7 Individual Debtor(s) Statement Of Intent reqarding secured property and unexpired leases must be filed within thirty (30) days after the petition or by the date set for the meeting of creditors, whichever is earlier.

∗∗ Forms are availble at the Court's website, www.wvsb.uscourts.gov or from the Clerk (304–347–3003).

Dated: 2/16/12

                               M. Jo Proops, Clerk
                               By: Claudia Layne, Deputy Clerk